JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| LUIS SUAREZ, | ) | No. CV 11-03074-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: April 18, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE